Dismissed and Memorandum Opinion filed August 12, 2004









Dismissed and Memorandum Opinion filed August 12,
2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00673-CR

____________

 

SAMMY KEITH
SHIPMAN, JR., Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
338th District Court

Harris County,
Texas

Trial Court Cause No. 983,296

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to retaliation.  In accordance with the terms of a plea
bargain agreement with the State, on June 18, 2004, the trial court sentenced
appellant to confinement for two years in the Institutional Division of the
Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  Because appellant has no right to appeal, we
dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 12, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore. 

Do Not Publish C Tex. R. App.
P. 47.2(b).